# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS

JESSICA E. PINCKNEY, individual, and on behalf of all other similarly situated,,

Plaintiff,

v.

THE STOP & SHOP SUPERMARKET COMPANY LLC,

Defendant.

SUPERIOR COURT

Civil Action No. 2682CV00707

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on July 27, 2026, Defendant The Stop & Shop Supermarket Company, LLC filed a Notice of Removal in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  A true and correct filed copy of Defendant's Notice of Removal is attached.  Defendant will submit a certified copy of the Notice of Removal upon receipt from the clerk of the District Court.

Respectfully Submitted,

THE STOP & SHOP SUPERMARKET COMPANY LLC,

By Its Attorneys,

*/s/ Stephen T. Melnick*
Stephen T. Melnick (BBO No. 667323)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Phone 617.378.6000
Fax 617.737.0052
smelnick@littler.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing, and will be sent via e-mail to plaintiff's counsel of record on July 27, 2026:

Raymond Dinsmore, Esq.
Ryan B. Guers, Esq.
Hayber, McKenna & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144
rdinsmore@hayberlawfirm.com
rguers@hayberlawfirm.com

*/s/ Stephen T. Melnick*
Stephen T. Melnick